# EXHIBIT 9

| | |
|---|---|
| **From:** | Corey.Calabrese@lw.com |
| **To:** | Padmanabhan, Krishnan; Clement.Naples@lw.com |
| **Cc:** | Goldstein, Kevin B.; Garrity, Devin |
| **Subject:** | RE: GlobalFoundries-IBM: Attempted Service on Kazunari Ishimaru |
| **Date:** | Thursday, November 14, 2024 5:58:18 AM |



I am available tomorrow after 10.

**Corey Calabrese**

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1839

---

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Wednesday, November 13, 2024 10:09 PM
**To:** Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Naples, Clement (NY) <Clement.Naples@lw.com>
**Cc:** Goldstein, Kevin B. <KBGoldstein@winston.com>; Garrity, Devin <DGarrity@winston.com>
**Subject:** Re: GlobalFoundries-IBM: Attempted Service on Kazunari Ishimaru

Corey -

Please identify your availability to meet and confer tomorrow or Friday morning.

Thanks,
KP

Krishnan Padmanabhan
(D) 212-294-3564
(M) 415-632-8214

---

**From:** Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>
**Sent:** Tuesday, November 12, 2024 12:51 PM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Clement.Naples@lw.com <Clement.Naples@lw.com>
**Subject:** RE: GlobalFoundries-IBM: Attempted Service on Kazunari Ishimaru

Krishnan,

We will not be withdrawing our subpoena to Mr. Ishimaru, and we disagree with your position that the subpoena is "ineffective." Mr. Ishimaru was transacting business when he was served with the subpoena, and the place of compliance is within 100 miles of where he was transacting business. If Mr. Ishimaru would prefer to be deposed somewhere else, then we are willing to be flexible on the place of compliance. We note that Mr. Ishimaru attends meetings at the Albany Nanotech Complex on *at least* a quarterly basis. If he would prefer to be deposed in Albany, then we can depose him

there on a date that is convenient to both parties.

Best,
Corey

**Corey Calabrese**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.1839

---

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Monday, November 11, 2024 12:39 PM
**To:** Calabrese, Corey (NY) <Corey.Calabrese@lw.com>; Naples, Clement (NY) <Clement.Naples@lw.com>
**Subject:** Re: GlobalFoundries-IBM: Attempted Service on Kazunari Ishimaru

Clem / Corey -

I apologize if I missed your response.  Please confirm whether GlobalFoundries is withdrawing its subpoena to Mr. Ishimaru.

Thanks,
-KP

**Krishnan Padmanabhan**
Winston & Strawn LLP
D: +1 212-294-3564
M: +1 415-632-8214

winston.com

---

**From:** Padmanabhan, Krishnan
**Sent:** Friday, November 8, 2024 9:41 AM
**To:** Corey.Calabrese@lw.com <Corey.Calabrese@lw.com>; Clement.Naples@lw.com <Clement.Naples@lw.com>
**Subject:** GlobalFoundries-IBM: Attempted Service on Kazunari Ishimaru

Counsel -

We understand that GlobalFoundries has attempted to serve a subpoena on Kazunari Ishimaru at a conference in Hawaii.  That subpoena calls for compliance in Hawaii, but that is not within 100 miles of where Mr. Ishimaru "resides, is employed, or regularly transacts business in

person," and is therefore ineffective. *See* Fed. R. Civ. P. 45(c)(1)(A).

Please withdraw the subpoena.  Otherwise, Rapidus will move to quash and for a protective order.

Thanks,

KP

**Krishnan Padmanabhan**
Winston & Strawn LLP
D: +1 212-294-3564
M: +1 415-632-8214
winston.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.