JOSEPH A. STEWART (7315-0)
STEPHEN G.K. KANESHIRO (11295-0)
REECE Y. TANAKA (11841-0)
KOBAYASHI SUGITA & GODA, LLP
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawai'i 96813
Tel: 808-535-5700
Fax: 808-535-5799

WINSTON & STRAWN LLP
KRISHNAN PADMANABHAN
(admitted *pro hac vice*)
NY State Bar No. 254220
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Email: kpadmanabhan@winston.com

LATHAM & WATKINS LLP
KATHERINE E. BRUCE (11373)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5450
Facsimile: (858) 523-5450
Email: kathy.bruce@lw.com

*Attorneys For Nonparty
Kazunari Ishimaru*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re: Non-Party Kazunari Ishimaru's Motion to Quash Subpoena | Case 1:24-mc-00654-JAO-WRP<br><br>[Case No. 7:23-cv-03348-KMK-AEK Pending in the Southern District of New York]<br><br>JOINT STATUS REPORT; NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND FOR PROTECTIVE ORDER; AND JOINT STIPULATION OF DISMISSAL |

Pursuant to the Court's January 8, 2025 Order (ECF NO. 20), Non-Party KAZUNARI ISHIMARU ("**Mr. Ishimaru**") and Plaintiff GLOBALFOUNDRIES U.S. INC ("**Plaintiff**"), by and through their attorneys, give notice to the Court that the parties resolved their dispute in the underlying action from which the Subpoena subject of this miscellaneous action issued. *See* Stip. of Dismissal with Prejudice, *GlobalFoundries U.S. v. Int'l Business Machines Corp.*, No. 7:23-cv-03348-KMK-AEK (S.D.N.Y. Jan. 3, 2025), ECF No. 463.

Accordingly, Plaintiff has withdrawn its Subpoena of Mr. Ishimaru, and Mr. Ishimaru therefore withdraws his Motion to Quash the Subpoena and for Protective Order (ECF No. 1) in this miscellaneous action without prejudice.

Likewise, Mr. Ishimaru and Plaintiff, by and through their attorneys, stipulate that this miscellaneous action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and so notify the Court.  All parties who have appeared have signed the stipulation of dismissal.  This matter may be terminated and closed.  Each party will bear its own costs and attorneys' fees.

DATED: Honolulu, Hawaii, January 9, 2025.

                Respectfully submitted,

                /s/ *Joseph A. Stewart*

JOSEPH A. STEWART (7315-0)
STEPHEN G.K. KANESHIRO (11295-0)
REECE Y. TANAKA (11841-0)
KOBAYASHI SUGITA & GODA, LLP
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawai'i 96813
Tel: 808-535-5700
Fax: 808-535-5799

KRISHNAN PADMANABHAN
(admitted *pro hac vice*)
NY State Bar No. 254220
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Email: kpadmanabhan@winston.com

*Attorneys For Nonparty*
*Kazunari Ishimaru*

KATHERINE E. BRUCE (11373)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
kathy.bruce@lw.com

*Attorney for*
*GlobalFoundries U.S. Inc.*

APPROVED AS TO FORM:

Jill A. Otake
United States District Judge

_____
JUDGE OF THE ABOVE-ENTITLED COURT

2